## ZANDERS v. THE STATE.

FISH, C. J. There being no complaint that any error of law was committed upon the trial, and the evidence warranting the verdict, the judgment. denying a new trial is *Affirmed. All the Justices concur.*

Argued February 20,—Decided March 23, 1906.

Indictment for rape. Before Judge Felton. Houston superior court. January 11, 1906.

*Robert N. Holtzclaw,* for plaintiff in error. *John C. Hart,. attorney-general,* and *William Brunson, solicitor-general,* contra.

---

## RAVEN v. THE STATE.

COBB, P. J. 1. When a controversy has arisen between counsel for the accused and the solicitor as to whether or not the venue has been proved,. it is not error for the court to state that a witness testified that the offense occurred in the county, such being the fact. It follows, that a motion to declare a mistrial because of such statement by the court was. properly overruled. *Wiggins* v. *State,* 80 *Ga.* 468; *Barnes* v. *State,* 89 *Ga.* 316.

2. The evidence authorized the verdict, and no sufficient reason has been shown for reversing the judgment.

*Judgment affirmed. All the Justices concur.*

Argued February 20,—Decided March 23, 1906.

Accusation of assault. Before Judge Hollingsworth. City court of Fayetteville. January 15, 1906.

*J. W. Wise,* for plaintiff in error.

*J. W. Culpepper, solicitor,* contra.